FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>Marlon Aristeo-Chacon<br><br>             Defendant. | Case No. 09-1214M<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

    On arrest warrant issued by the United States District Court for the Southern Dist of Texas involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

   B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 6/10/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2